**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GILBERTO BENZ-PUENTE, JR.,** | : | **CIVIL ACTION** |
| ***Debtor-Appellant,*** | : | **NO. 26-cv-1454** |
| **v.** | : | |
| | : | **Bankruptcy Case No.** |
| **NAVY FEDERAL CREDIT UNION,** | : | **25-12592 (PMM)** |
| ***Creditor-Appellee.*** | : | |
| | : | **Appeal from the United** |
| | : | **States Bankruptcy Court** |
| | : | **for the Eastern District of** |
| | : | **Pennsylvania** |

**FINAL ORDER**

**AND NOW**, this **14th** day of **August 2026**, upon consideration of Appellant Gilberto Benz-Puente, Jr.'s Appeal from an Order entered by U.S. Bankruptcy Judge Patricia M. Mayer on February 26, 2026 (ECF No. 1) (hereinafter, "Bankruptcy Appeal"), the Briefing Schedule entered in this case (ECF No. 11), and the docket, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Appellant's Bankruptcy Appeal is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**